PROB 12B-DC
(Rev. 3/07)

UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA

FILED

AUG 16 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Willie Marie Hopkins**　　　　　　　　　　　　Docket No.: **CR 03-353**

REQUEST FOR COURSE OF ACTION
(Modification of Conditions)

COMES NOW **Steven D. Bolton**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Willie Marie Hopkins**, who was placed on supervised release by the Honorable **Ricardo M. Urbina**, United States District Judge, sitting in the Court at Washington, D.C., on the **24th** day of **February, 2005**, who fixed the period of supervised release at **five** years, and imposed the general terms and conditions of supervised release theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1) Pay a $100 special assessment on each count;

2) Financial restriction; and

3) Financial disclosure.

On November 18, 2003, Ms. Hopkins appeared before Your Honor and pled guilty to: Count One, Conspiracy to Distribute and Possess with Intent to Distribute Cocaine More Than 50 Grams of Cocaine Base; Count 20, Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense and; Counts 27 through 35, Money Laundering and Engaging in a Monetary Transaction in Property Derived from Specified Unlawful Activity and Aiding and Abetting. On February 24, 2005, Ms. Hopkins was sentenced to 24 months imprisonment on Count One, one year imprisonment on Count 20, and 24 months imprisonment on each count of Counts 27 through 35. Sentences imposed in Counts One and Counts 27 through 35 are to run concurrently to each other, and consecutively to the time imposed in Count Twenty. Following her release from imprisonment, Ms. Hopkins is to be on five years supervised release in Counts One and 20, and three years supervised release on each count of Counts 27 through 35. These terms were ordered to be concurrent to one another.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Ms. Hopkins signed a Probation Form 49, Waiver of Hearing to Modify Conditions, agreeing to be placed in a Community Confinement Center for a period of up to 180 days. Pursuant to Rule 32.1, the U.S. Attorney's Office has been notified and they have expressed no objections.

Respectfully submitted,

Steven D. Bolton
United States Probation Officer
(202) 565-1320

Approved By: _____
Shawn A. Suber, Supervising
United States Probation Officer
(202) 565-1333

# UNITED STATES DISTRICT COURT
# FOR THE