FILED

AUG 16 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THE DISTRICT OF COLUMBIA

U.S.A. vs. Willie Marie Hopkins                                    Docket No.: **CR 03-353**

### REQUEST FOR COURSE OF ACTION

**PRAYING THE COURT WILL ORDER** that Ms. Hopkins be placed in a Community Confinement Center for a period of up to 180 days.

### ORDER OF COURT

Considered and ordered this 16 day of August, 2007.

Ricardo M. Urbina
United States District Judge